MACYS RETAIL HOLDINGS INC, DBA Macy's
7 W. Seventh St.
Cincinnati, OH 45202

1-800-234-MACYS
430398035

| | |
|---|---|
| Period Date | 03/03/19 – 03/09/19 |
| Payment Date | 03/15/19 |
| Payroll Name | Weekly Retail Payroll |
| Check/Advice Number | 6232804015 |

Nota Getsos
12929101
03/15/19

71162
Concord
Concord - 71162-71001

Basis of Pay  Base + Commission Hourly Associate

## Tax Withholding Information

| Type | Marital Status | Allowances | Additional Amount |
|---|---|---|---|
| FEDERAL | Single | 0 | 0.00 |
| PA | | 0 | 0.00 |
| DE | Single | 0 | 0.00 |

## Summary

| | Gross Earnings | Pretax Deductions | Tax Deductions | After Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 794.47 | 0.00 | 176.81 | 0.00 | 617.66 |
| Year to Date | 1,615.45 | 0.00 | 339.03 | 0.00 | 1,276.42 |

## Earnings

| Description | Start Date | End Date | Hrs/Unit | x Rate | x Factor | = | Current | Hrs/Unit YTD | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Regular Pay | | | 40.00 | 16.00 | 1.00 | | 640.00 | 81.42 | 1,302.72 |
| Overtime Straight | | | 1.77 | 16.00 | 1.00 | | 28.32 | 1.77 | 28.32 |
| Overtime Premium | | | 1.77 | 16.67 | 0.50 | | 14.75 | 1.77 | 14.75 |
| Sales Override | 02/24/19 | 03/02/19 | | | | | 27.92 | | 27.92 |
| Commission | 02/24/19 | 03/02/19 | | | | | 83.48 | | 110.49 |
| New Hire Training Pay | | | | | | | | 15.00 | 131.25 |

### Pretax Deductions

| Description | Current | YTD |
|---|---|---|
| Total | | |

### Tax Deductions

| Description | Current | YTD |
|---|---|---|
| FIT Withheld | 82.84 | 156.60 |
| Social Security EE W/H | 49.26 | 100.16 |
| Medicare EE W/H | 11.52 | 23.42 |
| SIT W/H - DE | 33.19 | 58.85 |
| Total | 176.81 | 339.03 |

### After Tax(AT) Deductions

| Description | Current | YTD |
|---|---|---|
| Total | | |

*For food service associates, tip and/or allowance may be applied toward minimum wage
*Pay for overtime worked is displayed as two separate earnings: straight and premium. For example, if you worked one hour of overtime, you will receive one hour as "Overtime Straight" at 100% of your hourly rate and the same one hour as "Overtime Premium" at 50% of the greater of your hourly or regular rate. These earnings, when combined, equal your overtime pay (at time and a half). For non-commission associates, the hourly rate is your normal hourly rate; for Base + associates, it is your base rate; and for Draw v. Commission associates, it is your standard hourly rate (for CA associates only) or your hourly draw rate (for all associates outside CA). Your regular rate is defined in the Fair Labor Standards Act.

## Net Pay Distribution

| Check/Deposit Number | Bank Routing Number | Account Type | Currency | Payment Amount |
|---|---|---|---|---|
| 6232804015 | 031309123 | CHECKING | USD | 617.66 |

---

MACYS RETAIL HOLDINGS INC, DBA Macy's
7 W. Seventh St.
Cincinnati, OH 45202

12929101

Date
2019-03-15

***Six hundred seventeen and 66/100 dollars***

617.66

Pay to the Order of    Nota Getsos
                       1341 Wooded Knoll
                       West Chester, PA 19382

**EARNINGS STATEMENT ONLY — NON NEGOTIABLE**

MACYS RETAIL HOLDINGS INC, DBA Macy's  
7 W. Seventh St.  
Cincinnati, OH 45202  

1-800-234-MACYS  
430398035  

Period Date 03/10/19 – 03/16/19  
Payment Date 03/22/19  
Payroll Name Weekly Retail Payroll  
Check/Advice Number 6371273200  

Nota Getsos  
12929101  
03/22/19  

71162  
Concord  
Concord - 71162-71001  

Basis of Pay  Base + Commission Hourly Associate  

## Tax Withholding Information

| Type | Marital Status | Allowances | Additional Amount |
|---|---|---|---|
| FEDERAL | Single | 0 | 0.00 |
| PA |  | 0 | 0.00 |
| DE | Single | 0 | 0.00 |

## Summary

|  | Gross Earnings | Pretax Deductions | Tax Deductions | After Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 676.95 | 0.00 | 147.19 | 0.00 | 529.76 |
| Year to Date | 2,292.40 | 0.00 | 486.22 | 0.00 | 1,806.18 |

### Earnings

| Description | Start Date | End Date | Hrs/Unit | x Rate | x Factor | = | Current | Hrs/Unit YTD | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Regular Pay |  |  | 37.12 | 16.00 | 1.00 |  | 593.92 | 118.54 | 1,896.64 |
| Overtime Premium Retroactive | 03/03/19 | 03/09/19 | -1.77 | 16.67 | 0.50 |  | -14.75 |  | 1.72 |
| Overtime Premium Retroactive | 03/03/19 | 03/09/19 | 1.77 | 18.62 | 0.50 |  | 16.47 |  |  |
| Sales Override | 03/03/19 | 03/09/19 |  |  |  |  | 15.67 |  | 43.59 |
| Commission | 03/03/19 | 03/09/19 |  |  |  |  | 65.64 |  | 176.13 |
| New Hire Training Pay |  |  |  |  |  |  |  | 15.00 | 131.25 |
| Overtime Straight |  |  |  |  |  |  |  | 1.77 | 28.32 |
| Overtime Premium |  |  |  |  |  |  |  | 1.77 | 14.75 |

### Pretax Deductions

| Description | Current | YTD |
|---|---|---|
| Total |  |  |

### Tax Deductions

| Description | Current | YTD |
|---|---|---|
| FIT Withheld | 68.73 | 225.33 |
| Social Security EE W/H | 41.97 | 142.13 |
| Medicare EE W/H | 9.82 | 33.24 |
| SIT W/H – DE | 26.67 | 85.52 |
| Total | 147.19 | 486.22 |

### After Tax(AT) Deductions

| Description | Current | YTD |
|---|---|---|
| Total |  |  |

*For food service associates, tip and/or allowance may be applied toward minimum wage  
*Pay for overtime worked is displayed as two separate earnings: straight and premium. For example, if you worked one hour of overtime, you will receive one hour as "Overtime Straight" at 100% of your hourly rate and the same one hour as "Overtime Premium" at 50% of the greater of your hourly or regular rate. These earnings, when combined, equal your overtime pay (at time and a half). For non-commission associates, the hourly rate is your normal hourly rate; for Base + associates, it is your base rate; and for Draw v. Commission associates, it is your standard hourly rate (for CA associates only) or your hourly draw rate (for all associates outside CA). Your regular rate is defined in the Fair Labor Standards Act.

### Net Pay Distribution

| Check/Deposit Number | Bank Routing Number | Account Type | Currency | Payment Amount |
|---|---|---|---|---|
| 6371273200 | 031309123 | CHECKING | USD | 529.76 |

---

MACYS RETAIL HOLDINGS INC. DBA Macy's  
7 W. Seventh St.  
Cincinnati, OH 45202  

12929101  

Date  
2019-03-22  

***Five hundred twenty-nine and 76/100 dollars***  

529.76  

Pay to the Order of   Nota Getsos  
1341 Wooded Knoll  
West Chester, PA 19382  

**EARNINGS STATEMENT ONLY – NON NEGOTIABLE**

| MACYS RETAIL HOLDINGS INC, DBA Macy's<br>7 W. Seventh St.<br>Cincinnati, OH 45202 | 1-800-234-MACYS<br>430398035 | | Period Date | 02/24/19 - 03/02/19 |
|---|---|---|---|---|
| | | | Payment Date | 03/08/19 |
| | | | Payroll Name | Weekly Retail Payroll |
| | | | Check/Advice Number | 6067114779 |
| Nota Getsos<br>12929101<br>03/08/19 | 71162<br>Concord<br>Concord - 71162-71001 | | Basis of Pay | Base + Commission Hourly Associate |

### Tax Withholding Information

| Type | Marital Status | Allowances | Additional Amount |
|---|---|---|---|
| FEDERAL | Single | 0 | 0.00 |
| PA | | 0 | 0.00 |
| DE | Single | 0 | 0.00 |

### Summary

| | Gross Earnings | Pretax Deductions | Tax Deductions | After Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 573.41 | 0.00 | 121.09 | 0.00 | 452.32 |
| Year to Date | 820.98 | 0.00 | 162.22 | 0.00 | 658.76 |

### Earnings

| Description | Start Date | End Date | Hrs/Unit x Rate x Factor = | Current | Hrs/Unit YTD | YTD |
|---|---|---|---|---|---|---|
| Regular Pay | | | 34.15  16.00  1.00 | 546.40 | 41.42 | 662.72 |
| Commission | 02/18/19 | 02/23/19 | | 27.01 | | 27.01 |
| New Hire Training Pay | | | | | 15.00 | 131.25 |

### Pretax Deductions

| Description | Current | YTD |
|---|---|---|
| Total | | |

### Tax Deductions

| Description | Current | YTD |
|---|---|---|
| FIT Withheld | 56.31 | 73.76 |
| Social Security EE W/H | 35.55 | 50.90 |
| Medicare EE W/H | 8.31 | 11.90 |
| SIT W/H - DE | 20.92 | 25.66 |
| Total | 121.09 | 162.22 |

### After Tax(AT) Deductions

| Description | Current | YTD |
|---|---|---|
| Total | | |

**For food service associates, tip and/or allowance may be applied toward minimum wage

**Pay for overtime worked is displayed as two separate earnings: straight and premium. For example, if you worked one hour of overtime, you will receive one hour as "Overtime Straight" at 100% of your hourly rate and the same one hour as "Overtime Premium" at 50% of the greater of your hourly or regular rate. These earnings, when combined, equal your overtime pay (at time and a half). For non-commission associates, the hourly rate is your normal hourly rate; for Base + associates, it is your base rate; and for Draw v. Commission associates, it is your standard hourly rate (for CA associates only) or your hourly draw rate (for all associates outside CA). Your regular rate is defined in the Fair Labor Standards Act.

### Net Pay Distribution

| Check/Deposit Number | Bank Routing Number | Account Type | Currency | Payment Amount |
|---|---|---|---|---|
| 6067114779 | 031309123 | CHECKING | USD | 452.32 |

---

MACYS RETAIL HOLDINGS INC, DBA Macy's
7 W. Seventh St.
Cincinnati, OH 45202

12929101

Date
2019-03-08

***Four hundred fifty-two and 32/100 dollars***          452.32

**Pay to the Order of**      Nota Getsos
1341 Wooded Knoll
West Chester, PA 19382

**EARNINGS STATEMENT ONLY – NON NEGOTIABLE**

| MACYS RETAIL HOLDINGS INC, DBA Macy's<br>7 W. Seventh St.<br>Cincinnati, OH 45202 | 1-800-234-MACYS<br>430398035 | Period Date 02/17/19 – 02/23/19<br>Payment Date 03/01/19<br>Payroll Name Weekly Retail Payroll<br>Check/Advice Number 5885082254 |
|---|---|---|
| Nota Getsos<br>12929101<br>03/01/19 | 71162<br>Concord<br>Concord - 71162-71001 | Basis of Pay  Base + Commission Hourly Associate |

### Tax Withholding Information

| Type | Marital Status | Allowances | Additional Amount |
|---|---|---|---|
| FEDERAL | Single | 0 | 0.00 |
| PA |  | 0 | 0.00 |
| DE | Single | 0 | 0.00 |

### Summary

|  | Gross Earnings | Pretax Deductions | Tax Deductions | After Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 247.57 | 0.00 | 41.13 | 0.00 | 206.44 |
| Year to Date | 247.57 | 0.00 | 41.13 | 0.00 | 206.44 |

### Earnings

| Description | Start Date | End Date | Hrs/Unit x | Rate x | Factor = | Current | Hrs/Unit YTD | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular Pay |  |  | 7.27 | 16.00 | 1.00 | 116.32 | 7.27 | 116.32 |
| New Hire Training Pay |  |  | 15.00 | 8.75 | 1.00 | 131.25 | 15.00 | 131.25 |

### Pretax Deductions

| Description | Current | YTD |
|---|---|---|
| Total |  |  |

### Tax Deductions

| Description | Current | YTD |
|---|---|---|
| FIT Withheld | 17.45 | 17.45 |
| Social Security EE W/H | 15.35 | 15.35 |
| Medicare EE W/H | 3.59 | 3.59 |
| SIT W/H - DE | 4.74 | 4.74 |
| Total | 41.13 | 41.13 |

### After Tax(AT) Deductions

| Description | Current | YTD |
|---|---|---|
| Total |  |  |

**For food service associates, tip and/or allowance may be applied toward minimum wage

**Pay for overtime worked is displayed as two separate earnings: straight and premium. For example, if you worked one hour of overtime, you will receive one hour as "Overtime Straight" at 100% of your hourly rate and the same one hour as "Overtime Premium" at 50% of the greater of your hourly or regular rate. These earnings, when combined, equal your overtime pay (at time and a half). For non-commission associates, the hourly rate is your normal hourly rate; for Base + associates, it is your base rate; and for Draw v. Commission associates, it is your standard hourly rate (for CA associates only) or your hourly draw rate (for all associates outside CA). Your regular rate is defined in the Fair Labor Standards Act.

### Net Pay Distribution

| Check/Deposit Number | Bank Routing Number | Account Type | Currency | Payment Amount |
|---|---|---|---|---|
| 5885082254 | 031309123 | CHECKING | USD | 206.44 |

---

MACYS RETAIL HOLDINGS INC, DBA Macy's
7 W. Seventh St.
Cincinnati, OH 45202

12929101

Date
2019-03-01

***Two hundred six and 44/100 dollars***

206.44

**Pay to the Order of**   Nota Getsos
1341 Wooded Knoll
West Chester, PA 19382

**EARNINGS STATEMENT ONLY – NON NEGOTIABLE**