## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**PANATIOTA G. GETSOS**<br>　　　　　　　Debtor<br><br>**FULTON BANK, N.A.**<br>　　　　　　　Movant<br>　　v.<br>**PANATIOTA G. GETSOS**<br><br>　　　　　　and<br>**WILLIAM C. MILLER, ESQ. (Trustee)**<br>**GEORGE GETSOS (Non-Filing Co-Debtor)**<br>　　　　　　　Respondents | BK. No. 19-11665 MDC<br><br>**Chapter No. 13**<br><br><br><br><br><br>11 U.S.C. §§ 362 and 1301 |

### **CERTIFICATION OF NO ANSWER**

　　I counsel for the Movant, hereby certify that no answer has been served or filed to the Motion for Relief and that a Default Order may be entered granting the Movant relief from the automatic stay.

Date: August 26, 2019　　　　　　　　　　　　/s/ Jerome Blank, Esquire
　　　　　　　　　　　　　　　　　　　　　　Jerome Blank, Esq., Id. No.49736
　　　　　　　　　　　　　　　　　　　　　　Phelan Hallinan Diamond & Jones, LLP
　　　　　　　　　　　　　　　　　　　　　　1617 JFK Boulevard, Suite 1400
　　　　　　　　　　　　　　　　　　　　　　One Penn Center Plaza
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　Phone Number: 215-563-7000 Ext 31625
　　　　　　　　　　　　　　　　　　　　　　Fax Number: 215-568-7616
　　　　　　　　　　　　　　　　　　　　　　Email: jerome.blank@phelanhallinan.com