IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
PANATIOTA G. GETSOS                              BK. No. 19-11665 MDC
            Debtors

                                                        Chapter No. 13

FULTON BANK, N.A.
            Movant                              :
      v.                                                  :
PANATIOTA G. GETSOS                              :
                                                :      11 U.S.C. §362 AND §1301
           and
WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
GEORGE GETSOS (NON-FILING CO-
DEBTOR)
            Respondents

### ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY

AND NOW, this 27th day of August, 2019, at **PHILADELPHIA**, upon Motion of **FULTON BANK, N.A.** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 1341 WOODED KNOLL, WEST CHESTER, PA 19382 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that any future bankruptcy cases filed by Debtor either singularly or jointly, within One Hundred Eighty (180) days of the date of this Court Order, without first seeking leave of Court, will not stay any actions taken by Movant or any other purchaser at Sheriff's Sale from proceeding with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

that relief from any Co-Debtor Stay (if applicable) is hereby granted; and it is further;

                                                      _____
                                                      Magdeline D. Coleman
                                                      Chief United States Bankruptcy Judge

WILLIAM C. MILLER, ESQ                    PANAGIOTA G. GETSOS
CHAPTER 13 TRUSTEE                      1341 WOODED KNOLL

P.O. BOX 1229
PHILADELPHIA, PA 19105

GARY E. THOMPSON, ESQUIRE
150 E. SWEDESFORD ROAD
1st FLOOR
WAYNE, PA 19087

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

WEST CHESTER, PA 19382

GEORGE GETSOS (NON-FILING CO-DEBTOR)
1341 WOODED KNOLL
WEST CHESTER, PA 19382